

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00691-CV

David Atkinson
v.
Sunchase IV Homeowners Association, Inc. and Board

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-7453-G

## JUDGMENT

This Court's judgment issued on December 19, 2019, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be REVERSED AND RENDERED IN PART AND AFFIRMED IN PART. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART AND AFFIRMED IN PART consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 30, 2020